```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 14028
   CHRISTIAN JAY ROSSO
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5853

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 08/04/2007 and was confirmed 09/17/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 09/29/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
GMAC RESCAP LLC           CURRENT MORTG    19986.74            .00       19986.74
GMAC RESCAP LLC           MORTGAGE ARRE    22388.51            .00        5093.44
CHRIST MEDICAL CENTER     UNSECURED       NOT FILED            .00             .00
HARRIS & HARRIS           NOTICE ONLY     NOT FILED            .00             .00
CHRIST MEDICAL CENTER     UNSECURED       NOT FILED            .00             .00
HARRIS & HARRIS           NOTICE ONLY     NOT FILED            .00             .00
CHRIST MEDICAL CENTER     UNSECURED       NOT FILED            .00             .00
HARRIS & HARRIS           NOTICE ONLY     NOT FILED            .00             .00
FIRST FEDERAL CREDIT CON  UNSECURED       NOT FILED            .00             .00
FORD MOTOR CREDIT         UNSECURED       NOT FILED            .00             .00
FORD MOTOR CREDIT         NOTICE ONLY     NOT FILED            .00             .00
KROPIK PAPUGA & SHAW      NOTICE ONLY     NOT FILED            .00             .00
KROPIK PAPUGA & SHAW      NOTICE ONLY     NOT FILED            .00             .00
THE JUDICIAL SALES CORP   NOTICE ONLY     NOT FILED            .00             .00
THE JUDICIAL SALES CORP   NOTICE ONLY     NOT FILED            .00             .00
ASSET ACCEPTANCE LLC      UNSECURED         670.40             .00             .00
ASSET ACCEPTANCE LLC      UNSECURED         401.61             .00             .00
RESCAP MORTGAGE           NOTICE ONLY     NOT FILED            .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY          .00                             .00
TOM VAUGHN                TRUSTEE                                         1,948.42
DEBTOR REFUND             REFUND                                          1,094.68

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 28,123.28

PRIORITY                                          .00
SECURED                                     25,080.18
UNSECURED                                         .00
ADMINISTRATIVE                                    .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14028 CHRISTIAN JAY ROSSO
```

```
TRUSTEE COMPENSATION                                           1,948.42
DEBTOR REFUND                                                  1,094.68
                                    ---------------        ---------------
TOTALS                                  28,123.28              28,123.28
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                         /s/ Tom Vaughn
   Dated: 12/22/08                    _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE

                          PAGE   2
           CASE NO. 07 B 14028 CHRISTIAN JAY ROSSO